COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



NOTICE

Appellate case name:          Kyna Hill v. Taco Bell, Inc.

Appellate case number:      01-14-00787-CV

Trial court case number:    2012-29455

Trial court:                         270th District Court of Harris County

Appellant, Kyna Hill, attempts to appeal from a trial court judgment signed on August 13, 2014. This Court's records indicate that appellant's notice of appeal may not have been served on the other party to the trial court's final judgment. *See* TEX. R. APP. P. 25.1(e) ("The notice of appeal must be served on all parties to the trial court's final judgment . . . ."); *see also id.* 9.5(a) (requiring filing party to serve copy of document filed on all parties to proceeding).

Accordingly, the Court has directed me to notify you that the Court may dismiss this appeal unless you provide proof of service of the notice of appeal on all parties to the trial court's final judgment. *See* TEX. R. APP. P. 9.5(d) (requiring document presented for filing to contain proof of service), 9.5(e) (listing requirements for certificate of service); *see also id.* 25.1(f) (providing for amendment of notice of appeal). Proof of service of the notice of appeal must be filed **within 14 days** of the date of this notice.

If an appropriate response is not received in this Court by the deadline, the Court may dismiss the appeal without further notice. *See* TEX. R. APP. P. 25.1(b), 42.3(c); *see also Hogg v. Builders Capital, Ltd.*, No. 12-14-00307-CV, 2014 WL 6982946, at *1

(Tex. App.—Tyler Dec. 10, 2014, no pet.) (mem. op.); *Mancillas v. Mancillas*, No. 01-10-00674-CV, 2012 WL 587134, at *1(Tex. App.—Houston [1st Dist.] Feb. 23, 2012, no pet.) (mem. op.).

Christopher A. Prine, Clerk of the Court

Date: June 9, 2015